122 A.3d 1032

James **SCHNELLER, Petitioner**

v.

**PROTHONOTARY, SUPREME COURT OF PENNSYLVANIA, Respondent.**

**No. 98 MM 2015.**

Supreme Court of Pennsylvania.

Sept. 14, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application to Proceed *In Forma Pauperis* are **DENIED.**

122 A.3d 1032

**Ex rel. Antonio BUNDY, Petitioner**

v.

**Barbara A. CERMELE, Prothonotary of City of Philadelphia, Respondent.**

**No. 82 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 14, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**